# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HYRECAR, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10259 (JTD) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, New York, 11219.

3. On the 6th day of March 2023, DRC, acting under my supervision, caused to be served, a true and accurate copy of the following documents:

   i. *Debtor's Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtor's Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (I) Approving Purchase Agreement, (II) Authorizing a Sale Free and Clear of All Liens, Claims, Encumbrances, and Other Interests* (Docket No. 72);

---

[1] The last four digits of the Debtor's federal tax identification number is 0487. The Debtor's mailing address is 1001 Wilshire Boulevard PMB 2196, Los Angeles, CA 90017.

    ii.    *Declaration of James Zukin in Support of Debtor's Motion for Entry of (A) An Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtor's Assets and Related Bid Protections, (II) Approving Form and Manner of Notice, (III) Scheduling Auction and Sale Hearing, (IV) Authorizing Procedures Governing Assumption and Assignment of Certain Contracts and Unexpired Leases, and (V) Granting Related Relief; and (B) an Order (i) Approving Purchase Agreement, (II) Authorizing a Sale Free and Clear of all Liens, Claims, Encumbrances and Other Interests* (Docket No. 73); and

    iii.    *Debtor's Motion for Order Shortening the Notice Period for Consideration of the Debtor's Sale Motion Solely with Respect to Bid Procedures and Certain Related Relief* (Docket No. 74),

via electronic mail upon the parties as set forth in Exhibit 1; and via U.S. First Class Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 9th day of March 2023, in Brooklyn New York.

By: _____
Delicia A. Chung

Sworn before me this
9th day of March 2023

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Byrna Fair, Inc.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                                                       03/06/2023 11:56:48 PM

| | | | |
|---|---|---|---|
| 000003P002-1507A-015<br>ALTO OPPORTUNITY MASTER FUND<br>SPC-SEGREGATED MASTER<br>C/O AYRTON CAPITAL - WAQAS KHATRI<br>55 POST ROAD W<br>2ND FLOOR<br>WESTPORT CT 06880<br>WK@AYRTONLLC.COM | 000004P001-1507A-015<br>ANSON EAST MASTER FUND LP<br>AMIN NATHOO<br>155 UNIVERSITY AVE<br>STE 207<br>TORONTO ON M5H 3B7<br>CANADA<br>NOTICES@ANSONFUNDS.COM | 000311P001-1507A-015<br>ANSON INVESTMENTS MASTER FUND LP<br>AMIN NATHOO<br>155 UNIVERSITY AVE<br>STE 207<br>TORONTO ON M5H 3B7<br>CANADA<br>NOTICES@ANSONFUNDS.COM | 000072P002-1507A-015<br>AON RISK INSURANCE SVC WEST INC<br>MARY NICOLINI<br>PO BOX 849832<br>STE 2800<br>LOS ANGELES CA 90084-9832<br>MARY.NICOLINI@AON.COM |
| 000027P001-1507S-015<br>AON RISK INSURANCE SVC WEST, INC<br>MARY NICOLINI<br>PO BOX 849832<br>STE 2800<br>LOS ANGELES CA 90084-9832<br>MARY.NICOLINI@AON.COM | 000090P002-1507A-015<br>ASSURANT<br>JENNIFER RIOS<br>11222 QUAIL ROOST DR<br>MIAMI FL 33157<br>ELVIRA.SEIJO@ASSURANT.COM | 000090P002-1507A-015<br>ASSURANT<br>JENNIFER RIOS<br>11222 QUAIL ROOST DR<br>MIAMI FL 33157<br>JENNIFER.RIOS@ASSURANT.COM | 000089P002-1507A-015<br>CHECKRCOM<br>MICHAEL WEINER<br>ONE MONTGOMERY ST<br>STE 2000<br>SAN FRANCISCO CA 94104<br>JARED.RICCI@CHECKR.COM |
| 000089P002-1507A-015<br>CHECKRCOM<br>MICHAEL WEINER<br>ONE MONTGOMERY ST<br>STE 2000<br>SAN FRANCISCO CA 94104<br>MICHAEL.WEINER@CHECKR.COM | 000049P001-1507S-015<br>CROKE FAIRCHILD DUARTE & BERES<br>GEOFFREY R. MORGAN<br>301 N. BORADWAY<br>STE 400<br>MILWAUKEE WI 53202<br>GMORGAN@CROKEFAIRCHILD.COM | 000025P001-1507S-015<br>CROKE FAIRCHILD DUARTE & BERES LLC<br>ROB ISHAM<br>180 N LASALLE<br>SUITE 3400<br>CHICAGO IL 60601<br>RISHAM@CROKEFAIRCHILD.COM | 000040P001-1507S-015<br>DAVIS WRIGHT TREMAINE<br>920 FIFTH AVE<br>STE 3300<br>SEATTLE WA 98104<br>ALEXPORTER@DWT.COM |
| 000085P001-1507A-015<br>DAVIS WRIGHT TREMAINE<br>920 FIFTH AVE<br>STE 3300<br>SEATTLE WA 98104<br>ALEXPORTER@DWT.COM | 000015P001-1507S-015<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000009P001-1507S-015<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>CHRISTINA.ROJAS@DELAWARE.GOV | 000005P001-1507S-015<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |
| 000051P001-1507S-015<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JACLYN C MARASCO<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000051P001-1507S-015<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JACLYN C MARASCO<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JACLYN.MARASCO@FAEGREDRINKER.COM | 000055P001-1507S-015<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>BRETT D FALLON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>BRETT.FALLON@FAEGREDRINKER.COM | 000037P001-1507S-015<br>FENWICK AND WEST LLP<br>801 CALIFORNIA ST<br>MOUNTAIN VIEW CA 94041<br>ACCOUNTSRECEIVABLE@FENWICK.COM |
| 000082P002-1507A-015<br>FENWICK AND WEST LLP<br>801 CALIFORNIA ST<br>MOUNTAIN VIEW CA 94041<br>ACCOUNTSRECEIVABLE@FENWICK.COM | 000294P003-1507A-015<br>JOSEPH FURNARI<br>THE DURRANT LAW FIRM<br>JOHN DURRANT<br>2337 ROSECOMARE RD<br>STE 2180<br>LOS ANGELES CA 90077<br>JOHN@DURRANTLAWFIRM.COM | 000331P001-1507A-015<br>MICHAEL FURNARI<br>THE DURRANT LAW FIRM<br>JOHN DURRANT<br>2337 ROSCOMARE RD<br>STE 2180<br>LOS ANGELES CA 90077<br>JOHN@DURRANTLAWFIRM.COM | 000026P001-1507S-015<br>GOLDSTEIN & MCCLINTOCK LLLP<br>CHRIS MEHRING<br>111 W WASHINGTON ST<br>SUITE 1221<br>CHICAGO IL 60602<br>CHRISM@GOLDMCLAW.COM |

| | | | |
|---|---|---|---|
| 000047P001-1507S-015<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK<br>501 SILVERSIDE ROAD<br>SUITE 65<br>WILMINGTON DE 19809<br>MARIAS@GOLDMCLAW.COM | 000048P001-1507S-015<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MATTHEW E. MCCLINTOCK<br>111 W. WASHINGTON STREET<br>SUITE 1221<br>CHICAGO IL 60602<br>MATTM@GOLDMCLAW.COM | 000091P002-1507A-015<br>HALPERN MAY YBARRA GELBERG LLP<br>GRANT GELBERG<br>550 SOUTH HOPE ST<br>STE 2330<br>LOS ANGELES CA 90071<br>GRANT.GELBERG@HALPERNMAY.COM | 000024P002-1507S-015<br>HOLMES MOTOR INC.<br>10651 BONEY AVE<br>D'IBERVILLE MS 39540<br>BILL@HOLMESMOTORS.COM |
| 000032P001-1507S-015<br>HYREDRIVE<br>3350 SW 148TH AVE<br>STE 202<br>MIRAMAR FL 33027<br>HELLO@HYREDRIVE.COM | 000077P001-1507A-015<br>HYREDRIVE<br>3350 SW 148TH AVE<br>STE 202<br>MIRAMAR FL 33027<br>HELLO@HYREDRIVE.COM | 000054P002-1507S-015<br>JOSEPH FURNARI<br>C/O THE DURRANT LAW FIRM<br>JOHN DURRANT<br>2337 ROSCOMARE RD<br>SUITE 2180<br>LOS ANGELES CA 90077<br>JOHN@DURRANTLAWFIRM.COM | 000028P001-1507S-015<br>LATHAM AND WATKINS LLP<br>JOSHUA HAMILTON<br>10250 CONSTELLATION BLVD<br>STE 1100<br>LOS ANGELES CA 90067<br>JOSHUA.HAMILTON@LW.COM |
| 000073P002-1507A-015<br>LATHAM AND WATKINS LLP<br>JOSHUA HAMILTON<br>10250 CONSTELLATION BLVD<br>STE 1100<br>LOS ANGELES CA 90067<br>JOSHUA.HAMILTON@LW.COM | 000053P001-1507S-015<br>MICHAEL FURNARI<br>C/O THE DURRANT LAW FIRM<br>JOHN DURRANT, ESQ.<br>2337 ROSCOMARE RD<br>SUITE 2180<br>LOS ANGELES CA 90077<br>JOHN@DURRANTLAWFIRM.COM | 000039P001-1507S-015<br>MITEK<br>PETE CHUMPITAZ<br>600 B ST<br>STE 100<br>SAN DIEGO CA 92101<br>PCHUMPITAZ@MITEKSYSTEMS.COM | 000084P002-1507A-015<br>MITEK<br>PETE CHUMPITAZ<br>600 B ST<br>STE 100<br>SAN DIEGO CA 92101<br>PCHUMPITAZ@MITEKSYSTEMS.COM |
| 000083P002-1507A-015<br>NANLABS INC<br>ADRIAN ETCHEVERRY<br>2035 SUNSET LAKE RD<br>STE B-2<br>NEWARK DE 19702<br>ADRIAN.ETCHEVERRY@NAN-LABS.COM | 000083P002-1507A-015<br>NANLABS INC<br>ADRIAN ETCHEVERRY<br>2035 SUNSET LAKE RD<br>STE B-2<br>NEWARK DE 19702<br>ADMINISTRATION@NON-LABS.COM | 000038P001-1507S-015<br>NANLABS, INC<br>ADRIAN ETCHEVERRY<br>2035 SUNSET LAKE RD<br>STE B-2<br>NEWARK DE 19702<br>ADRIAN.ETCHEVERRY@NAN-LABS.COM | 000038P001-1507S-015<br>NANLABS, INC<br>ADRIAN ETCHEVERRY<br>2035 SUNSET LAKE RD<br>STE B-2<br>NEWARK DE 19702<br>ADMINISTRATION@NAN-LABS.COM |
| 000036P002-1507S-015<br>NORTHLAND CAPITAL MARKETS<br>JEFF PETERSON<br>150 SOUTH FIFTH ST<br>STE 3300<br>MINNEAPOLIS MN 55402<br>JPETERSON@NORTHLANDCAPITALMARKETS.COM | 000081P002-1507A-015<br>NORTHLAND CAPITAL MARKETS<br>JEFF PETERSON<br>150 SOUTH FIFTH ST<br>3300<br>MINNEAPOLIS MN 55402<br>WIRES@NORTHLANDSECURITES.COM | 000081P002-1507A-015<br>NORTHLAND CAPITAL MARKETS<br>JEFF PETERSON<br>150 SOUTH FIFTH ST<br>3300<br>MINNEAPOLIS MN 55402<br>JPETERSON@NORTHLANDCAPITALMARKETS.COM | 000035P001-1507S-015<br>O'MELVENY<br>610 NEWPORT CTR DR<br>17TH FL<br>NEWPORT BEACH CA 92660<br>MCLOSE@OMM.COM |
| 000004P002-1507S-015<br>OFFICE OF THE US TRUSTEE<br>ROSA SIERRA-FOX<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>ROSA.SIERRA@USDOJ.GOV | 000080P002-1507A-015<br>OMELVENY<br>610 NEWPORT CTR DR<br>17TH FL<br>NEWPORT BEACH CA 92660<br>MCLOSE@OMM.COM | 000030P001-1507S-015<br>POLSINELLI<br>BRYAN WASSER<br>2049 CENTURY PK EAST<br>STE 2900<br>LOS ANGELES CA 90067<br>LKATTAN@POLSINELLI.COM | 000030P001-1507S-015<br>POLSINELLI<br>BRYAN WASSER<br>2049 CENTURY PK EAST<br>STE 2900<br>LOS ANGELES CA 90067<br>BWASSER@POLSINELLI.COM |

| | | | |
|---|---|---|---|
| 000075P002-1507A-015<br>POLSINELLI<br>BRYAN WASSER<br>2049 CENTURY PK EAST<br>2900<br>LOS ANGELES CA 90067<br>LKATTAM@POLSINELLI.COM | 000075P002-1507A-015<br>POLSINELLI<br>BRYAN WASSER<br>2049 CENTURY PK EAST<br>2900<br>LOS ANGELES CA 90067<br>BWASSER@POLSINELLI.COM | 000043P001-1507S-015<br>REXFORD INDUSTRIAL REALTY<br>JORGE CONTRERAS<br>11620 WILSHIRE BLVD<br>STE 1000<br>LOS ANGELES CA 90025<br>JCONTRERAS@REXFORDINDUSTRIAL.COM | 000043P001-1507S-015<br>REXFORD INDUSTRIAL REALTY<br>JORGE CONTRERAS<br>11620 WILSHIRE BLVD<br>STE 1000<br>LOS ANGELES CA 90025<br>ERIC.DUNCANSON@CUSHWAKE.COM |
| 000088P002-1507A-015<br>REXFORD INDUSTRIAL REALTY<br>JORGE CONTRERAS<br>11620 WILSHIRE BLVD<br>STE 1000<br>LOS ANGELES CA 90025<br>ERIC.DUNCANSON@CUSHWAKE.COM | 000088P002-1507A-015<br>REXFORD INDUSTRIAL REALTY<br>JORGE CONTRERAS<br>11620 WILSHIRE BLVD<br>STE 1000<br>LOS ANGELES CA 90025<br>JCONTRERAS@REXFORDINDUSTRIAL.COM | 000005P002-1507A-015<br>SABBY VOLATILITY WARRANT MASTER FUND LTD<br>SABBY MANAGEMENT LLC<br>ROBERT GRUNDSTEIN, COO<br>151 HIDDEN HILLS DR<br>SPICEWOOD TX 78669<br>RGRUNDSTEIN@SABBYMANAGEMENT.COM | 000017P001-1507S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| 000018P001-1507S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000050P001-1507S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>444 SOUTH FLOWER ST STE 900<br>LOS ANGELES CA 90071<br>LOSANGELES@SEC.GOV | 000158P001-1507A-015<br>SECURITIES AND EXCHANGE COMMISSION<br>PHILADELPHIA REGIONAL OFFICE<br>REGIONAL DIRECTOR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>PHILADELPHIA@SEC.GOV | 000159P002-1507A-015<br>SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>REGIONAL DIRECTOR<br>444 SOUTH FLOWER ST STE 900<br>LOS ANGELES CA 90071<br>LOSANGELES@SEC.GOV |
| 000031P001-1507S-015<br>SEDGWICK CLAIMS MANAGEMENT SVC<br>CLINT CHRISTMAN<br>PO BOX 14670<br>SEDGWICK<br>LEXINGTON KY 40512-4670<br>CLINT.CHRISTMAN@SEDGWICK.COM | 000076P002-1507A-015<br>SEDGWICK CLAIMS MANAGEMENT SVC<br>CLINT CHRISTMAN<br>PO BOX 14670<br>LEXINGTON KY 40512-4670<br>CLINT.CHRISTMAN@SEDGWICK.COM | 000087P002-1507A-015<br>SNAPSHEET INC<br>CONNOR CHERETTE<br>1 NORTH DEARBORN ST<br>STE 600<br>CHICAGO IL 60602<br>FINANCE@SNAPSHEET.ME | 000042P001-1507S-015<br>SNAPSHEET, INC<br>CONNOR CHERETTE<br>1 NORTH DEARBORN ST<br>STE 600<br>CHICAGO IL 60602<br>FINANCE@SNAPSHEET.ME |
| 000078P002-1507A-015<br>THOUGHTWORKS INC<br>ALENA PURI<br>200 E RANDOLPH<br>25TH FL<br>CHICAGO IL 60601<br>ALENA.PURI@THOUGHTWORKS.COM | 000033P001-1507S-015<br>THOUGHTWORKS, INC<br>ALENA PURI<br>200 E RANDOLPH<br>25TH FL<br>CHICAGO IL 60601<br>ALENA.PURI@THOUGHTWORKS.COM | 000029P001-1507S-015<br>TTEC BV<br>JASON ROQUE<br>9197 SOUTH PEORIA ST<br>ENGLEWOOD CO 80112<br>ARGLOBAL@TTEC.COM | 000029P001-1507S-015<br>TTEC BV<br>JASON ROQUE<br>9197 SOUTH PEORIA ST<br>ENGLEWOOD CO 80112<br>BILLING@TTEC.COM |
| 000074P002-1507A-015<br>TTEC BV<br>JASON ROQUE<br>9197 SOUTH PEORIA ST<br>ENGLEWOOD CO 80112<br>ARGLOBAL@TTEC.COM | 000074P002-1507A-015<br>TTEC BV<br>JASON ROQUE<br>9197 SOUTH PEORIA ST<br>ENGLEWOOD CO 80112<br>BILLING@TTEC.COM | 000006P001-1507S-015<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000079P002-1507A-015<br>WEIL GOTSHAL AND MANGES LLP<br>767 FIFTH AVE<br>NEW YORK NY 10153<br>SHAWN.KODES@WEIL.COM |

Page # : 4 of 4                                                                                                    03/06/2023  11:56:48 PM

| | | |
|---|---|---|
| 000034P001-1507S-015<br>WEIL, GOTSHAL AND MANGES, LLP<br>767 FIFTH AVE<br>NEW YORK NY 10153<br>SHAWN.KODES@WEIL.COM | 000118P002-1507A-015<br>WILMINGTON TRUST NATIONAL ASSOCIATION<br>JOHN C WEIDNER<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET ST<br>WILMINGTON DE 19890<br>JWEIDNER@WILMINGTONTRUST.COM | 000052P001-1507S-015<br>WILMINGTON TRUST, NATIONAL ASSOC.<br>JOHN C WEIDNER<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON DE 19890<br>JWEIDNER@WILMINGTONTRUST.COM |

Records Printed :   **75**

# EXHIBIT 2

| | |
|---|---|
| Page # : 1 of 3 | 03/06/2023 11:56:33 PM |

| | | | |
|---|---|---|---|
| 000003P002-1507A-015<br>ALTO OPPORTUNITY MASTER FUND<br>SPC-SEGREGATED MASTER<br>C/O AYRTON CAPITAL - WAQAS KHATRI<br>55 POST ROAD W<br>2ND FLOOR<br>WESTPORT CT 06880 | 000004P001-1507A-015<br>ANSON EAST MASTER FUND LP<br>AMIN NATHOO<br>155 UNIVERSITY AVE<br>STE 207<br>TORONTO ON M5H 3B7<br>CANADA | 000311P001-1507A-015<br>ANSON INVESTMENTS MASTER FUND LP<br>AMIN NATHOO<br>155 UNIVERSITY AVE<br>STE 207<br>TORONTO ON M5H 3B7<br>CANADA | 000027P001-1507S-015<br>AON RISK INSURANCE SVC WEST, INC<br>MARY NICOLINI<br>PO BOX 849832<br>STE 2800<br>LOS ANGELES CA 90084-9832 |
| 000014P001-1507S-015<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000090P002-1507A-015<br>ASSURANT<br>JENNIFER RIOS<br>11222 QUAIL ROOST DR<br>MIAMI FL 33157 | 000089P002-1507A-015<br>CHECKRCOM<br>MICHAEL WEINER<br>ONE MONTGOMERY ST<br>STE 2000<br>SAN FRANCISCO CA 94104 | 000049P001-1507S-015<br>CROKE FAIRCHILD DUARTE & BERES<br>GEOFFREY R. MORGAN<br>301 N. BORADWAY<br>STE 400<br>MILWAUKEE WI 53202 |
| 000025P001-1507S-015<br>CROKE FAIRCHILD DUARTE & BERES LLC<br>ROB ISHAM<br>180 N LASALLE<br>SUITE 3400<br>CHICAGO IL 60601 | 000040P001-1507S-015<br>DAVIS WRIGHT TREMAINE<br>920 FIFTH AVE<br>STE 3300<br>SEATTLE WA 98104 | 000015P001-1507S-015<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000009P001-1507S-015<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 |
| 000005P001-1507S-015<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000007P001-1507S-015<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000008P001-1507S-015<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000051P001-1507S-015<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JACLYN C MARASCO<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801 |
| 000055P001-1507S-015<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>BRETT D FALLON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801 | 000037P001-1507S-015<br>FENWICK AND WEST LLP<br>801 CALIFORNIA ST<br>MOUNTAIN VIEW CA 94041 | 000010P001-1507S-015<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000294P003-1507A-015<br>JOSEPH FURNARI<br>THE DURRANT LAW FIRM<br>JOHN DURRANT<br>2337 ROSECOMARE RD<br>STE 2180<br>LOS ANGELES CA 90077 |
| 000331P001-1507A-015<br>MICHAEL FURNARI<br>THE DURRANT LAW FIRM<br>JOHN DURRANT<br>2337 ROSECOMARE RD<br>STE 2180<br>LOS ANGELES CA 90077 | 000026P001-1507S-015<br>GOLDSTEIN & MCCLINTOCK LLLP<br>CHRIS MEHRING<br>111 W WASHINGTON ST<br>SUITE 1221<br>CHICAGO IL 60602 | 000047P001-1507S-015<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK<br>501 SILVERSIDE ROAD<br>SUITE 65<br>WILMINGTON DE 19809 | 000048P001-1507S-015<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MATTHEW E. MCCLINTOCK<br>111 W. WASHINGTON STREET<br>SUITE 1221<br>CHICAGO IL 60602 |
| 000091P002-1507A-015<br>HALPERN MAY YBARRA GELBERG LLP<br>GRANT GELBERG<br>550 SOUTH HOPE ST<br>STE 2330<br>LOS ANGELES CA 90071 | 000024P002-1507S-015<br>HOLMES MOTOR INC.<br>10651 BONEY AVE<br>D'IBERVILLE MS 39540 | 000032P001-1507S-015<br>HYREDRIVE<br>3350 SW 148TH AVE<br>STE 202<br>MIRAMAR FL 33027 | 000002P001-1507S-015<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | | |
|---|---|---|---|
| 000003P001-1507S-015<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000145P001-1507A-015<br>INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 | 000146P001-1507A-015<br>IRS (INTERNAL REVENUE SERVICE)<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 | 000054P002-1507S-015<br>JOSEPH FURNARI<br>C/O THE DURRANT LAW FIRM<br>JOHN DURRANT<br>2337 ROSCOMARE RD<br>SUITE 2180<br>LOS ANGELES CA 90077 |
| 000028P001-1507S-015<br>LATHAM AND WATKINS LLP<br>JOSHUA HAMILTON<br>10250 CONSTELLATION BLVD<br>STE 1100<br>LOS ANGELES CA 90067 | 000019P001-1507S-015<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000053P001-1507S-015<br>MICHAEL FURNARI<br>C/O THE DURRANT LAW FIRM<br>JOHN DURRANT, ESQ.<br>2337 ROSCOMARE RD<br>SUITE 2180<br>LOS ANGELES CA 90077 | 000011P001-1507S-015<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 |
| 000086P001-1507A-015<br>MITCHELL SILBERBERG AND KNUPP LLP<br>2049 CENTURY PK EAST<br>18TH FL<br>LOS ANGELES CA 90067 | 000041P001-1507S-015<br>MITCHELL SILBERBERG AND KNUPP LLP - VENDOR<br>2049 CENTURY PK EAST<br>18TH FL<br>LOS ANGELES CA 90067 | 000039P001-1507S-015<br>MITEK<br>PETE CHUMPITAZ<br>600 B ST<br>STE 100<br>SAN DIEGO CA 92101 | 000038P001-1507S-015<br>NANLABS, INC<br>ADRIAN ETCHEVERRY<br>2035 SUNSET LAKE RD<br>STE B-2<br>NEWARK DE 19702 |
| 000036P002-1507S-015<br>NORTHLAND CAPITAL MARKETS<br>JEFF PETERSON<br>150 SOUTH FIFTH ST<br>STE 3300<br>MINNEAPOLIS MN 55402 | 000081P002-1507A-015<br>NORTHLAND CAPITAL MARKETS<br>JEFF PETERSON<br>150 SOUTH FIFTH ST<br>3300<br>MINNEAPOLIS MN 55402 | 000035P001-1507S-015<br>O'MELVENY<br>610 NEWPORT CTR DR<br>17TH FL<br>NEWPORT BEACH CA 92660 | 000004P002-1507S-015<br>OFFICE OF THE US TRUSTEE<br>ROSA SIERRA-FOX<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801 |
| 000030P001-1507S-015<br>POLSINELLI<br>BRYAN WASSER<br>2049 CENTURY PK EAST<br>STE 2900<br>LOS ANGELES CA 90067 | 000075P002-1507A-015<br>POLSINELLI<br>BRYAN WASSER<br>2049 CENTURY PK EAST<br>2900<br>LOS ANGELES CA 90067 | 000043P001-1507S-015<br>REXFORD INDUSTRIAL REALTY<br>JORGE CONTRERAS<br>11620 WILSHIRE BLVD<br>STE 1000<br>LOS ANGELES CA 90025 | 000005P002-1507A-015<br>SABBY VOLATILITY WARRANT MASTER FUND LTD<br>SABBY MANAGEMENT LLC<br>ROBERT GRUNDSTEIN, COO<br>151 HIDDEN HILLS DR<br>SPICEWOOD TX 78669 |
| 000016P001-1507S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 | 000017P001-1507S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549 | 000018P001-1507S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC   BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000050P001-1507S-015<br>SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>444 SOUTH FLOWER ST STE 900<br>LOS ANGELES CA 90071 |
| 000157P002-1507A-015<br>SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF GENERAL COUNSEL<br>100 F ST NE<br>WASHINGTON, DC 20549 | 000158P001-1507A-015<br>SECURITIES AND EXCHANGE COMMISSION<br>PHILADELPHIA REGIONAL OFFICE<br>REGIONAL DIRECTOR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103 | 000159P002-1507A-015<br>SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>REGIONAL DIRECTOR<br>444 SOUTH FLOWER ST STE 900<br>LOS ANGELES CA 90071 | 000031P001-1507S-015<br>SEDGWICK CLAIMS MANAGEMENT SVC<br>CLINT CHRISTMAN<br>PO BOX 14670<br>SEDGWICK<br>LEXINGTON KY 40512-4670 |

| | | | |
|---|---|---|---|
| 000076P002-1507A-015<br>SEDGWICK CLAIMS MANAGEMENT SVC<br>CLINT CHRISTMAN<br>PO BOX 14670<br>LEXINGTON KY 40512-4670 | 000042P001-1507S-015<br>SNAPSHEET, INC<br>CONNOR CHERETTE<br>1 NORTH DEARBORN ST<br>STE 600<br>CHICAGO IL 60602 | 000013P001-1507S-015<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000033P001-1507S-015<br>THOUGHTWORKS, INC<br>ALENA PURI<br>200 E RANDOLPH<br>25TH FL<br>CHICAGO IL 60601 |
| 000029P001-1507S-015<br>TTEC BV<br>JASON ROQUE<br>9197 SOUTH PEORIA ST<br>ENGLEWOOD CO 80112 | 000006P001-1507S-015<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801 | 000147P001-1507A-015<br>US DEPT OF THE TREASURY<br>INTERNAL REVENUE SVC<br>PO BOX 806532<br>CINCINNATI OH 45280-6532 | 000012P001-1507S-015<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 |
| 000034P001-1507S-015<br>WEIL, GOTSHAL AND MANGES, LLP<br>767 FIFTH AVE<br>NEW YORK NY 10153 | 000118P002-1507A-015<br>WILMINGTON TRUST NATIONAL ASSOCIATION<br>JOHN C WEIDNER<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET ST<br>WILMINGTON DE 19890 | 000052P001-1507S-015<br>WILMINGTON TRUST, NATIONAL ASSOC.<br>JOHN C WEIDNER<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON DE 19890 | |

Records Printed :   67