**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HYRECAR, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 23-10259 (JTD) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          )  ss:
COUNTY OF KINGS       )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, New York, 11219.

3. On the 31st day of March 2023, DRC, acting under my supervision, caused to be served a true and accurate copy of the "Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale" (Docket No. 175), via electronic mail upon the parties as set forth in Exhibit 1; and via U.S. First Class Mail upon the parties as set forth in Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 4th day of April 2023, in Brooklyn New York.

By _____
     Sung Jae Kim

Sworn before me this
4th day of April 2023

_____
Notary Public

[Notary seal: ROBIN ALEXANDRA CHARLES, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01CH6427586, QUALIFIED IN KINGS COUNTY, COMM. EXP. 01-03-2026]

---

[1] The last four digits of the Debtor's federal tax identification number is 0487. The Debtor's mailing address is 1001 Wilshire Boulevard PMB 2196, Los Angeles, CA 90017.

**EXHIBIT 1**

000277S001-1507A-032B
AIG FINANCIAL LINES
CLAIMS
PO BOX 25947
SHAWNEE MISSION KS 66225
C-CLAIM@AIG.COM

000332P001-1507A-032B
ARGONAUT INSURANCE COMPANY
ARGO PRO CLAIMS
PO BOX 469012
SAN ANTONIO TX 78246
ARGOPRONEWCLAIMS@ARGOGROUPUS.COM

000332P001-1507A-032B
ARGONAUT INSURANCE COMPANY
ARGO PRO CLAIMS
PO BOX 469012
SAN ANTONIO TX 78246
ARGOPROCLAIMSMAIL@ARGOGROUPUS.COM

000338P001-1507A-032B
RELIABLE LLOYDS INSURANCE COMPANY
11222 QUAIL ROOST DR
MIAMI FL 33157-6596
MYAUTOCLAIM@ASSURANT.COM

000337P001-1507A-032B
VOYAGER INDEMNITY INSURANCE CO
11222 QUAIL ROOST DR
MIAMI FL 33157-6596
MYAUTOCLAIM@ASSURANT.COM

000333P001-1507A-032B
WESTCHESTER FIRE INSURANCE CO (CHUBB)
PO BOX 5119
SCRANTON PA 18505-0549
CHUBBCLAIMSFIRSTNOTICE@CHUBB.COM

Records Printed :   6

| | | | |
|---|---|---|---|
| 000027P001-1507S-032<br>AON RISK INSURANCE SVC WEST, INC<br>MARY NICOLINI<br>PO BOX 849832<br>STE 2800<br>LOS ANGELES CA 90084-9832<br>MARY.NICOLINI@AON.COM | 000045P001-1507S-032<br>ASSURANT<br>JENNIFER RIOS<br>11222 QUAIL ROOST DR<br>MIAMI FL 33157<br>JENNIFER.RIOS@ASSURANT.COM | 000057P001-1507S-032<br>BLANK ROME LLP<br>JOSEF W MINTZ;LAWRENCE R THOMAS III<br>1201 MARKET ST.,STE 800<br>WILMINGTON DE 19801<br>JOSEF.MINTZ@BLANKROME.COM | 000057P001-1507S-032<br>BLANK ROME LLP<br>JOSEF W MINTZ;LAWRENCE R THOMAS III<br>1201 MARKET ST.,STE 800<br>WILMINGTON DE 19801<br>LORENZO.THOMAS@BLANKROME.COM |
| 000058P001-1507S-032<br>BLANK ROME LLP<br>JOSEPH M WELCH,ESQ<br>4 PARK PLAZA, STE 450<br>IRVINE CA 92614<br>JOSEPH.WELCH@BLANKROME.COM | 000049P001-1507S-032<br>CROKE FAIRCHILD DUARTE & BERES<br>GEOFFREY R. MORGAN<br>301 N. BORADWAY<br>STE 400<br>MILWAUKEE WI 53202<br>GMORGAN@CROKEFAIRCHILD.COM | 000025P001-1507S-032<br>CROKE FAIRCHILD DUARTE & BERES LLC<br>ROB ISHAM<br>180 N LASALLE<br>SUITE 3400<br>CHICAGO IL 60601<br>RISHAM@CROKEFAIRCHILD.COM | 000040P001-1507S-032<br>DAVIS WRIGHT TREMAINE<br>920 FIFTH AVE<br>STE 3300<br>SEATTLE WA 98104<br>ALEXPORTER@DWT.COM |
| 000015P001-1507S-032<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000005P001-1507S-032<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000051P001-1507S-032<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JACLYN C MARASCO<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>PATRICK.JACKSON@FAEGREDRINKER.COM | 000051P001-1507S-032<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>PATRICK A JACKSON;JACLYN C MARASCO<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>JACLYN.MARASCO@FAEGREDRINKER.COM |
| 000055P001-1507S-032<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>BRETT D FALLON<br>222 DELAWARE AVE.,STE 1410<br>WILMINGTON DE 19801<br>BRETT.FALLON@FAEGREDRINKER.COM | 000037P001-1507S-032<br>FENWICK AND WEST LLP<br>801 CALIFORNIA ST<br>MOUNTAIN VIEW CA 94041<br>ACCOUNTSRECEIVABLE@FENWICK.COM | 000059P001-1507S-032<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>GARY F SEITZ,ESQ<br>1201 NORTH ORANGE ST.,STE 300<br>WILMINGTON DE 19801<br>GSEITZ@GSBBLAW.COM | 000026P001-1507S-032<br>GOLDSTEIN & MCCLINTOCK LLLP<br>CHRIS MEHRING<br>111 W WASHINGTON ST<br>SUITE 1221<br>CHICAGO IL 60602<br>CHRISM@GOLDMCLAW.COM |
| 000047P001-1507S-032<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MARIA APRILE SAWCZUK<br>501 SILVERSIDE ROAD<br>SUITE 65<br>WILMINGTON DE 19809<br>MARIAS@GOLDMCLAW.COM | 000048P001-1507S-032<br>GOLDSTEIN & MCCLINTOCK LLLP<br>MATTHEW E. MCCLINTOCK<br>111 W. WASHINGTON STREET<br>SUITE 1221<br>CHICAGO IL 60602<br>MATTM@GOLDMCLAW.COM | 000024P002-1507S-032<br>HOLMES MOTOR INC.<br>10651 BONEY AVE<br>D'IBERVILLE MS 39540<br>BILL@HOLMESMOTORS.COM | 000054P002-1507S-032<br>JOSEPH FURNARI<br>C/O THE DURRANT LAW FIRM<br>JOHN DURRANT<br>2337 ROSCOMARE RD<br>SUITE 2180<br>LOS ANGELES CA 90077<br>JOHN@DURRANTLAWFIRM.COM |
| 000028P001-1507S-032<br>LATHAM AND WATKINS LLP<br>JOSHUA HAMILTON<br>10250 CONSTELLATION BLVD<br>STE 1100<br>LOS ANGELES CA 90067<br>JOSHUA.HAMILTON@LW.COM | 000060P001-1507S-032<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM | 000053P001-1507S-032<br>MICHAEL FURNARI<br>C/O THE DURRANT LAW FIRM<br>JOHN DURRANT, ESQ.<br>2337 ROSCOMARE RD<br>SUITE 2180<br>LOS ANGELES CA 90077<br>JOHN@DURRANTLAWFIRM.COM | 000039P001-1507S-032<br>MITEK<br>PETE CHUMPITAZ<br>600 B ST<br>STE 100<br>SAN DIEGO CA 92101<br>PCHUMPITAZ@MITEKSYSTEMS.COM |

| | | | |
|---|---|---|---|
| 000038P001-1507S-032<br>NANLABS, INC<br>ADRIAN ETCHEVERRY<br>2035 SUNSET LAKE RD<br>STE B-2<br>NEWARK DE 19702<br>ADRIAN.ETCHEVERRY@NAN-LABS.COM | 000038P001-1507S-032<br>NANLABS, INC<br>ADRIAN ETCHEVERRY<br>2035 SUNSET LAKE RD<br>STE B-2<br>NEWARK DE 19702<br>ADMINISTRATION@NAN-LABS.COM | 000036P002-1507S-032<br>NORTHLAND CAPITAL MARKETS<br>JEFF PETERSON<br>150 SOUTH FIFTH ST<br>STE 3300<br>MINNEAPOLIS MN 55402<br>JPETERSON@NORTHLANDCAPITALMARKETS.COM | 000035P001-1507S-032<br>O'MELVENY<br>610 NEWPORT CTR DR<br>17TH FL<br>NEWPORT BEACH CA 92660<br>MCLOSE@OMM.COM |
| 000004P002-1507S-032<br>OFFICE OF THE US TRUSTEE<br>ROSA SIERRA-FOX<br>844 KING ST<br>STE 2207<br>WILMINGTON DE 19801<br>ROSA.SIERRA@USDOJ.GOV | 000030P001-1507S-032<br>POLSINELLI<br>BRYAN WASSER<br>2049 CENTURY PK EAST<br>STE 2900<br>LOS ANGELES CA 90067<br>BWASSER@POLSINELLI.COM | 000043P001-1507S-032<br>REXFORD INDUSTRIAL REALTY<br>JORGE CONTRERAS<br>11620 WILSHIRE BLVD<br>STE 1000<br>LOS ANGELES CA 90025<br>JCONTRERAS@REXFORDINDUSTRIAL.COM | 000043P001-1507S-032<br>REXFORD INDUSTRIAL REALTY<br>JORGE CONTRERAS<br>11620 WILSHIRE BLVD<br>STE 1000<br>LOS ANGELES CA 90025<br>ERIC.DUNCANSON@CUSHWAKE.COM |
| 000017P001-1507S-032<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV | 000018P001-1507S-032<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC  BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000050P001-1507S-032<br>SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>444 SOUTH FLOWER ST STE 900<br>LOS ANGELES CA 90071<br>LOSANGELES@SEC.GOV | 000031P001-1507S-032<br>SEDGWICK CLAIMS MANAGEMENT SVC<br>CLINT CHRISTMAN<br>PO BOX 14670<br>SEDGWICK<br>LEXINGTON KY 40512-4670<br>CLINT.CHRISTMAN@SEDGWICK.COM |
| 000042P001-1507S-032<br>SNAPSHEET, INC<br>CONNOR CHERETTE<br>1 NORTH DEARBORN ST<br>STE 600<br>CHICAGO IL 60602<br>FINANCE@SNAPSHEET.ME | 000033P001-1507S-032<br>THOUGHTWORKS, INC<br>ALENA PURI<br>200 E RANDOLPH<br>25TH FL<br>CHICAGO IL 60601<br>ALENA.PURI@THOUGHTWORKS.COM | 000056P001-1507S-032<br>THOUGHTWORKS, INC<br>ROBERTO BILLA<br>200 E RANDOLPH ST<br>FLOOR 25<br>CHICAGO IL 60601<br>ROBERTO.BILLA@THOUGHTWORKS.COM | 000029P001-1507S-032<br>TTEC BV<br>JASON ROQUE<br>9197 SOUTH PEORIA ST<br>ENGLEWOOD CO 80112<br>ARGLOBAL@TTEC.COM |
| 000029P001-1507S-032<br>TTEC BV<br>JASON ROQUE<br>9197 SOUTH PEORIA ST<br>ENGLEWOOD CO 80112<br>BILLING@TTEC.COM | 000006P001-1507S-032<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY  ELLEN SLIGHTS<br>1313 NORTH MARKET ST<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | 000034P001-1507S-032<br>WEIL, GOTSHAL AND MANGES, LLP<br>767 FIFTH AVE<br>NEW YORK NY 10153<br>SHAWN.KODES@WEIL.COM | 000052P001-1507S-032<br>WILMINGTON TRUST, NATIONAL ASSOC.<br>JOHN C WEIDNER<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON DE 19890<br>JWEIDNER@WILMINGTONTRUST.COM |

Records Printed :    44

**EXHIBIT 2**

| | | | |
|---|---|---|---|
| 000340P001-1507A-032B<br>ACE AMERICAN INSURANCE COMPANY<br>436 WALNUT ST<br>PHILADELPHIA PA 19106 | 000574P001-1507A-032B<br>APOLLO 1971<br>APOLLO LLOYDS SYNDICATE 1971<br>ONE BISHOPSGATE<br>LONDON  EC2N 3AQ<br>UNITED KINGDOM | 000332S001-1507A-032B<br>ARGONAUT INSURANCE COMPANY<br>ATTN:  ARGO PRO UNDERWRITING<br>PO BOX 469012<br>SAN ANTONIO TX 78246 | 000341P001-1507A-032B<br>HFIS INSURANCE COMPANY<br>111 N MARKET ST<br>STE 920<br>SAN JOSE CA 95113 |
| 000335P001-1507A-032B<br>MOBILITAS INSURANCE COMPANY<br>PO BOX 23392<br>OAKLAND CA 94623-0392 | 000334P001-1507A-032B<br>MOBILITAS INSURANCE COMPANY OF ARIZONA<br>PO BOX 5483<br>MT LAUREL NJ 08054 | 000277P002-1507A-032B<br>NATIONAL UNION FIRE INSUR CO OF PITTSBURGH<br>AIG FINANCIAL LINES<br>1271 AVENUE OF THE AMERICAS<br>37TH FL<br>NEW YORK NY 10020-1304 | 000575P001-1507A-032B<br>PACIFIC INSURANCE CO LIMITED<br>CT CORPORATION SYSTEM<br>67 BURNSIDE AVE<br>EAST HARTFORD CT 06108-3408 |
| 000575S001-1507A-032B<br>PACIFIC INSURANCE CO LIMITED<br>PACIFIC INSURANCE CO LIMITED RISK<br>CT CORPORATION SYSTEM<br>67 BURNSIDE AVE<br>EAST HARTFORD CT 06108-3408 | 000333S001-1507A-032B<br>WESTCHESTER FIRE INSURANCE CO (CHUBB)<br>WESTCHESTER SPECIALTY GROUP<br>ATTN: PROFESSIONAL LIABILITY DEPT<br>ROYAL CENTRE TWO<br>11575 GREAT OAKS WAY, SUITE 200<br>ALPHARETTA GA 30022 | | |

Records Printed :  10

Page # : 1 of 1       03/31/2023 10:59:49 PM

| | | | |
|---|---|---|---|
| 000014P001-1507S-032<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000009P001-1507S-032<br>DELAWARE DIVISION OF REVENUE<br>BANKRUPTCY ADMINISTRATOR<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000007P001-1507S-032<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000008P001-1507S-032<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 |
| 000010P001-1507S-032<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000032P001-1507S-032<br>HYREDRIVE<br>3350 SW 148TH AVE<br>STE 202<br>MIRAMAR FL 33027 | 000002P001-1507S-032<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000003P001-1507S-032<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 |
| 000019P001-1507S-032<br>MASSACHUSETTS DEPT OF REVENUE<br>COLLECTIONS BUREAU/BANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | 000011P001-1507S-032<br>MICHIGAN DEPT OF TREASURY, TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BLDG<br>LANSING MI 48922 | 000041P001-1507S-032<br>MITCHELL SILBERBERG AND KNUPP LLP - VENDOR<br>2049 CENTURY PK EAST<br>18TH FL<br>LOS ANGELES CA 90067 | 000016P001-1507S-032<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE  BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022 |
| 000013P001-1507S-032<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL<br>OFFICE OF PROGRAM LITIGATION/BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000012P001-1507S-032<br>US EPA REG 3<br>BETTINA DUNN<br>OFFICE OF REG COUNSEL<br>FOUR PENN CTR<br>PHILADELPHIA PA 19103-2852 | | |

Records Printed :  14