# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HC LIQUIDATING, INC., | Case No. 23-10259 (TMH) |
| Debtor. | RE: D.I. 537 and 546 |

## ORDER GRANTING MOTION OF JONATHAN ERTZBERGER FOR RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT OF LIABILITY INSURANCE

AND NOW THIS __15th__ day of __October__ 2024, upon consideration of the Motion of Jonathan Ertzberger for Relief from the Automatic Stay to the Extent of Liability Insurance, the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of the Motion is necessary, IT IS ORDERED:

1. That the Motion is GRANTED and the automatic stay of 11 U.S.C. § 362(d) of the Bankruptcy Code is immediately terminated as to Movant to permit Movant to take appropriate action described as follows[1]:

    i. To prosecute the claims to final judgment or other resolution; and

    ii. To collect from any available insurance policy proceeds on account of any judgment or other resolution.

2. Nothing in this Order shall permit any party to take any other action without further order of this Court.

3. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion

2

ORDERED that this Order shall be fully effective and enforceable immediately upon entry.

Dated: October 15, 2024
Wilmington, Delaware

_____
Thomas M. Horan
United States Bankruptcy Judge